# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *daniel.hollingsworth@usdoj.gov*
Counsel for the United States of America



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CV-935-JCM-(VCF) |
| 2011 INFINITI QX56, (NV) 785 XMK, VIN JN8AZ2NF0B9502173, REGISTERED TO JIWON JARIV AND JAMES JARIV, | ) |
| Defendant. | ) |

### MOTION TO UNSEAL

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this Honorable Court for an Order to unseal the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

The grounds for the seal are no longer valid. Nathan Stoliar has pled and his sentencing is soon. However, James Jariv has not pled, and his criminal prosecution is pending.

Dated this 7th day of January, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Daniel D. Hollingsworth*

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/12/15

2